# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00165-CV

### S. G., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

**FROM THE 421ST DISTRICT COURT OF CALDWELL COUNTY
NO. 20-FL-444, THE HONORABLE THOMAS NATHANIEL STUCKEY, JUDGE PRESIDING**

---

## O R D E R

**PER CURIAM**

Appellant S. G. filed her notice of appeal on March 23, 2022. The appellate record was complete on April 11, 2022, making appellant's brief due on May 2, 2022. On May 2, 2022, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Amanda Wilhelm to file appellant's brief no later than May 23, 2022. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on May 10, 2022.

Before Justices Goodwin, Baker, and Triana